Jeffrey N. Pomerantz (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
Steven W. Golden (SBT 24099681)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
sgolden@pszjlaw.com
Tel: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the GUC Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-32645-SGJ |
| | § | |
| MOVIE GRILL CONCEPTS LV, LLC, *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

## STATUS REPORT FOR OCTOBER 27, 2022 STATUS CONFERENCE

This Status Report sets forth the overall status of the Advisory Trust Group, LLC (the "**GUC Trustee**"), solely in its capacity as GUC Trustee of the GUC Trust (the "**GUC Trust**") pending claim objections and further sets forth items in the order the GUC Trustee intends to present to the Court. The GUC Trustee reserves the right to amend or update this Status Report prior to the Status Conference. The GUC Trustee would inform this Court as follows:

### General Summary of Omnibus Objections

The GUC Trustee filed three (3) categorized omnibus objections, each of which was set to be reviewed at the Status Conference. The status of each omnibus objection and the respective claims addressed therein is set forth below:

1. ***GUC Trustee's Tenth Omnibus Objection to Claims (Books and Records)* [Dkt. No. 1248]**

   ### Related Filings:
   *Stipulation and Agreed Order Resolving Proof of Claim Number 336 Filed by 5500 South Freeway, LLC* [Dkt No. 1248]

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/Clients/smgh/Index.

*State Of Indiana's, Indiana Department of Workforce Development Response to GUC Trustee's Tenth Omnibus Objection to Claims (Books and Records)* [Dkt No. 1316]

**Additional Comments:**

After discussion with counsel to the Indiana Department of Workforce Development, the GUC Trustee will withdraw its objection to Claim No. 214.  In addition, the GUC Trustee anticipates entering into a stipulation with Kamat Damani and the Reorganized Debtors, and accordingly will remove Claim No. 268 from the Proposed Order, reserving the right to seek entry of an order disallowing such claim to the extent the stipulation is not filed.

**Status of Matter:**

Attached hereto as **Exhibit A** is an amended Proposed Order consistent with the above comments, which the GUC Trustee respectfully requests be entered by the Court.

2. ***GUC Trustee's Eleventh Omnibus Objection to Claims (Satisfied)* [Dkt. No. 1249]**

   **Responses:**
   None.

   **Status of Matter:**

   The GUC Trustee respectfully requests entry of the Proposed Order.

3. ***GUC Trustee's Twelfth Omnibus Objection to Claims (Books and Records Subcontractors)* [Dkt. No. 1250]**

   **Responses:**
   None.

   **Status of Matter:**
   The GUC Trustee respectfully requests entry of the Proposed Order.

2

Dated: October 24, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

By:   */s/ Steven W. Golden*
Jeffrey N. Pomerantz (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
Steven W. Golden (SBT 24099681)
780 Third Avenue, 34th Floor
New York, NY  10017
Tel: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the GUC Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2022, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case via the Court's CM/ECF system for the Northern District of Texas.

   */s/ Steven W. Golden*
Steven W. Golden

3