Jeffrey N. Pomerantz (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
Steven W. Golden (SBT 24099681)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Tel: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the GUC Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-32633-SGJ |
| | § | |
| STUDIO MOVIE GRILL HOLDINGS, LLC, *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that a status conference on the following matters listed below

has been set for **October 27, 2022 at 9:30 a.m**. (Prevailing Central Time) (the "Status

Conference") before the Honorable Stacey G. C. Jernigan, United States Chief Bankruptcy Judge

for the Northern District of Texas, Dallas Division:

1. *GUC Trustee's Tenth Omnibus Objection to Claims (Books and Records)* [Docket No. 1248];

2. *GUC Trustee's Eleventh Omnibus Objection to Claims (Satisfied)* [Docket No. 1249]; and

3. *GUC Trustee's Twelfth Omnibus Objection to Claims (Books and Records – Subcontractors)* [Docket No. 1250].

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/Clients/smgh/Index.

DOCS_NY:46447.1 01212/001

**PLEASE TAKE FURTHER NOTICE** any responses (each, a "Responses") to the relief requested in the Objections shall be filed with the Clerk of the Court on or before **October 11, 2022 at 5:00 p.m. (Prevailing Central Time)** (the "Response Deadline"). Additionally, any Responses must be served upon the following persons, so that the Responses are received no later than the Response Deadline, at the following addresses:

Jeffrey N. Pomerantz
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com

Robert J. Feinstein
Steven W. Golden
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Tel: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
sgolden@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted in a hybrid manner. Counsel and other parties in interest to participate (i) in person at the United States Bankruptcy Court for the Northern District of Texas, Courtroom #1, 14th Floor, 1100 Commerce Street, Dallas, Texas, 75242, and (ii) virtually with counsel appearing remotely through the Court's audio and video conference systems. Participants attending virtually and wishing to both see the documents and exhibits as presented to the Court and hear the proceedings should be 1) dialed in through the audio system, and 2) logged into the Court's WebEx videoconference facilities. For Audio Communication: Audio communication will be by use of the Court's dial-in number. The dial-in number is 650-479-3207. You will be asked to key in the conference room number. Judge Jernigan's access code number is 479-393-582. Parties are encouraged to review the Court's

2

procedures and instructions located at: https://www.txnb.uscourts.gov/content/chief-judge-stacey-g-c-jernigan#tele%20hearing%20policy. For WebEx Video Participation/Attendance: You may view video via the Court's WebEx video conference facilities located at: https://us-courts.webex.com/meet/jerniga.

**PLEASE TAKE FURTHER NOTICE** that copies of all filings can be found on the docket of Case No. 20-32633 (SGJ) in the Bankruptcy Court for the Northern District of Texas, Dallas Division, and can also be downloaded free of charge from the website of the Debtors' claims and noticing agent, Donlin Recano, at https://www.donlinrecano.com/Clients/smgh/Index.

**PLEASE TAKE FURTHER NOTICE** that the Status Conference may be adjourned from time to time without further notice other than an announcement of the adjourned date(s) in open court, at the Status Conference, or by an appropriate filing with the Court, and a notice of such adjourned date(s) will be filed on the docket in these chapter 11 cases and available on the electronic case filing docket and on Donlin Recano's website: https://www.donlinrecano.com/Clients/smgh/Index.

DOCS_NY:46447.1 01212/001

Dated: September 9, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Steven W. Golden*
Steven W. Golden (SBT 24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Tel: (713) 691-9385
Facsimile: (713) 691-9407
sgolden@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY  10017
Tel: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com

Jeffrey N. Pomerantz (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com

***Counsel to the GUC Trust***

4