Jeffrey N. Pomerantz (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
Steven W. Golden (SBT 24099681)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
sgolden@pszjlaw.com
Tel: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the GUC Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| In re: | § | Case No. 20-32645-SGJ |
|---|---|---|
| | § | |
| MOVIE GRILL CONCEPTS LV, LLC, *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

## STIPULATION AND AGREED ORDER RESOLVING US FOODS CLAIMS

Advisory Trust Group, LLC (the "**GUC Trustee**"), solely in its capacity as GUC Trustee of the GUC Trust (the "**GUC Trust**") and US Foods, Inc. ("**US Foods**" and, together with the GUC Trust, the "**Parties**") hereby stipulate and agree as follows:

**WHEREAS**, on February 18, 2021, US Foods filed 21 proofs of claim (collectively the "**US Foods Claims**") against certain of the above captioned debtors (the "**Debtors**"), asserting secured, administrative, and/or general unsecured claims against such Debtors as follows:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/Clients/smgh/Index.

DOCS_DE:241077.1 01212/001

| Claim No. | Debtor | Asserted Admin. Claim | Asserted Secured Claim | Asserted GUC Claim |
|---|---|---|---|---|
| 359 | Movie Grill Concepts Trademark Holdings, LLC | $57,688.53 | $93,100.45 | $1,010,126.16 |
| 360 | Movie Grill Concepts XXXV, LLC | $8,260.21 | $4,112.58 | $57,891.17 |
| 362 | Movie Grill Concepts XXVI, LLC | | $2,536.33 | $21,774.57 |
| 366 | Movie Grill Concepts XXXV, LLC | | $3,288.69 | $18,806.64 |
| 370 | Movie Grill Concepts XIV, LLC | $1,388.22 | $2,126.16 | $18,692.86 |
| 375 | Movie Grill Concepts XL, LLC | | $952.31 | $15,189.72 |
| 379 | Movie Grill Concepts XLV, LLC | | $2,375.69 | $21,512.43 |
| 381 | Movie Grill Concepts XII, LLC | $1,262.72 | $2,039.83 | $20,522.60 |
| 387 | Movie Grill Concepts I, LTD | | $30,395.45 | $25,142.56 |
| 389 | Movie Grill Concepts XVII, LLC | | $2,569.78 | $17,133.52 |
| 393 | Movie Grill Concepts IV, LTD. | $22,695.96 | $40,818.22 | $342,185.65 |
| 400 | Movie Grill Concepts XXXVIII, LLC | $1,332.08 | $3,373.71 | $38,759.03 |
| 404 | Movie Grill Concepts XXXVII, LLC | | $6,224.06 | $63,463.79 |
| 409 | Movie Grill Concepts XXXII, LLC | | $1,312.32 | $11,496.03 |
| 418 | Movie Grill Concepts XX, LLC | $13,474.23 | $5,494.00 | $60,236.00 |
| 420 | Movie Grill Concepts X, LLC | | $902.35 | $9,214.89 |
| 422 | Movie Grill Concepts XXXVI, LLC | $1,151.04 | $2,243.23 | $26,687.57 |
| 423 | Movie Grill Concepts XIX, LLC | $6,464.61 | $3,451.34 | $44,742.02 |
| 424 | Movie Grill Concepts XXX, LLC | | $2,491.15 | $22,147.44 |
| 425 | Movie Grill Concepts XXIV, LLC | | $1,874.91 | $70,563.15 |
| 426 | Movie Grill Concepts XIII, LLC | $1,659.46 | $1,969.52 | $14,224.48 |

and;

**WHEREAS**, this Stipulation has been negotiated in good faith and at arms'-length between the GUC Trustee and US Foods.

**NOW, THEREFORE, THE GUC TRUST AND US FOODS STIPULATE AND AGREE THAT:**

1. The above recitals are incorporated as if fully set forth herein.

2. The US Food Claims shall be consolidated into, and fixed as, a single allowed general unsecured claim against Movie Grill Concepts Trademark Holdings, LLC in the total amount of $847,325.35. US Foods shall have no other claims (including any secured or administrative claims) against the chapter 11 Debtors other than the foregoing liquidated, fixed, and allowed general unsecured claim.

2

| | |
|---|---|
| Dated: October 31, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | By: */s/ Steven W. Golden* |
| | Jeffrey N. Pomerantz (admitted *pro hac vice*) |
| | 10100 Santa Monica Boulevard, 13th Floor |
| | Los Angeles, CA  90067 |
| | Tel: (310) 277-6910 |
| | Facsimile: (310) 201-0760 |
| | jpomerantz@pszjlaw.com |
| | |
| | Robert J. Feinstein (admitted *pro hac vice*) |
| | Steven W. Golden (SBT 24099681) |
| | 780 Third Avenue, 34th Floor |
| | New York, NY  10017 |
| | Tel: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | rfeinstein@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel to the GUC Trust* |
| | |
| Dated: October 31, 2022 | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| | |
| | By: */s/ Aaron Davis* |
| | Aaron Davis |
| | 161 North Clark Street, Suite 4300 |
| | Chicago, IL 60601 |
| | aaron.davis@bclplaw.com |
| | |
| | *Counsel to US Foods, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2022, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case via the Court's CM/ECF system for the Northern District of Texas.

          */s/ Steven W. Golden*
          Steven W. Golden